IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL CASTONGUAY SR., | ) | 8:09CV257 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DEPARTMENT OF HEALTH & | ) | |
| HUMAN SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion to Reopen which the court liberally construes as a Motion for Reconsideration. (Filing No. 10.) In his Motion, Plaintiff seeks reconsideration of the court's September 9, 2009 Memorandum and Order and Judgment which dismissed this matter because Plaintiff's claims were barred by the Eleventh Amendment. (Filing Nos. 8 and 9.) The court has carefully reviewed the record and finds no good cause to reconsider its previous Memorandum and Order.

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Reconsideration (filing no. 10) is denied.

November 3, 2009.                      BY THE COURT:

                                                      *Richard G. Kopf*
                                                      United States District Judge

---

   *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.